Case Number

ID  YR  NUMBER
(To be completed by Court Clerk)

2:08-CV-194-MEF

RECEIVED

# IN FORMA PAUPERIS DECLARATION

District Court of The United States – Middle District of Alabama
[insert appropriate court]

2:08-CV-194-MEF

Robert D. Duck, Jr
_____
(Petitioner)

vs.

Governor Bob Riley - Att. General Troy King - Ala. Dept. of Public Safety
_____
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED
### IN FORMA PAUPERIS

I, Robert D. Duck, Jr, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.  N/A

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.  May 2003 — 2500.00

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____    No ✓

   b. Rent payments, interest, or dividends?
      Yes _____    No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes _____    No ✓

   d. Gifts or inheritances?
      Yes _____    No ✓

   e. Any other sources?
      Yes _____    No ✓

2

SCANNED
KR 3/18/08

5

If the answer to any of above is "yes", describe each source of money and state the amount received from each during the past twelve months. N/A

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____         No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned. N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____         No __✓__

   If the answer is "yes", describe the property and state its approximate value. N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __March 6, 2008__
              (Date)

__Robert D. Duck Jr__
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __36__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Bibb Correctional Facility__ institution:

None

__3/7/08__
DATE

__Cynthia Stewart, Account Clerk__
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

```
                     STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                      BIBB COUNTY CF


AIS #: 238080      NAME: DUCK, ROBERT DONALD JR        AS OF: 03/07/2008

                   # OF        AVG DAILY         MONTHLY
         MONTH     DAYS        BALANCE           DEPOSITS
         --------------------------------------------------

         MAR       24          $12.06            $0.00
         APR       30          $51.56            $325.00
         MAY       31          $83.24            $50.00
         JUN       30          $27.80            $80.00
         JUL       31          $4.95             $25.00
         AUG       31          $134.82           $425.00
         SEP       30          $95.64            $100.00
         OCT       31          $10.57            $25.00
         NOV       30          $12.48            $100.00
         DEC       31          $0.07             $0.00
         JAN       31          $11.25            $50.00
         FEB       28          $1.39             $0.00
         MAR       7           $0.36             $0.00
```