THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT DONALD DUCK, JR., #238 080, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:08-CV-194-MEF |
| | ) | [WO] |
| BOB RILEY, GOVERNOR OF ALABAMA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 13, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. #7) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. #7) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to prosecute this action.

DONE this the 10th day of June, 2008.

/s/ Mark E. Fuller

CHIEF UNITED STATES DISTRICT JUDGE